UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD F. KOUGH,

    Plaintiff,

vs.                                      Case No. 8:09-cv-00013-T-27MAP

ROBERT M. STAFFORD, *et al.*,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Motion for Approval of Settlement (Dkt. 14) and the parties' Stipulation of Dismissal (Dkt. 13). The parties ask that this action for unpaid overtime compensation, brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.*, (FLSA) be dismissed with prejudice in light of the agreed settlement. The Court has reviewed the parties' "Settlement Agreement and Full and Final Mutual Release of All Claims" (Dkt. 14-2). The Court finds that a bona fide dispute existed between the parties under the FLSA, which has been amicably settled. The terms of the settlement are fair, just, and in accordance with the FLSA and are approved. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir.1982).

Accordingly, it is **ORDERED** that the Joint Motion for Approval of Settlement (Dkt. 14) is **GRANTED**, and the Stipulation of Dismissal (Dkt. 13) is **APPROVED**.

It is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in chambers this *19th* day of June, 2009.

                                                JAMES D. WHITTEMORE
                                                **United States District Judge**

Copies to:
Counsel of Record